FILED

2025 Apr-04 AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

APR 03 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 5:25-mj-1062-HNJ |
| | ) | |
| JASON BRIAN SEAY | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___5/2017-1/2018 and 3/7/2025___ in the county of ___Madison___ in the
___Northern___ District of ___Alabama___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2251(a) and (e) | Attempted production of child pornography |
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Digitally signed by JORDAN
SIRI
Date: 2025.04.03 16:24:56
-05'00'

Jordan Siri, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     04/03/2025

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr.
Date: 2025.04.03 16:32:30 -05'00'
_____
*Judge's signature*

City and state:     Huntsville, Alabama

Herman N. Johnson, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jordan Siri, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a criminal complaint for Jason Brian Seay (SEAY) for attempted production of child pornography and possession of child pornography in violations of 18 U.S.C. §§ 2251(a) and (e) and 2252A(a)(5)(B).

2.  I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since April 2021, and I am currently assigned to the FBI's Birmingham Division, Huntsville Resident Agency. While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. In April 2023, I completed a temporary duty assignment where I was assigned to the FBI's Oklahoma City Field Office, Muskogee Resident Agency. While assigned to Muskogee Resident Agency, I investigated Indian Country crimes, including offenses related to the sexual abuse and exploitation of children. I have completed training in the area of child pornography and child exploitation (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM"), including completion of the FBI's Crimes Against Children Investigative Course, and gained experience through everyday work conducting these types of investigations. Moreover, I am a federal law enforcement officer

who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

## STATUTORY AUTHORITY

4. 18. U.S.C. § 2251(a) makes it a federal crime for any person to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, if the person knows or has reason to know that the visual depiction will be transported in interstate or foreign commerce or mailed OR the visual depiction has been transported in interstate or foreign commerce or mailed.

5. 18 U.S.C. § 2251(e) makes it a federal crime for any person to attempt or conspire to violate 18 U.S.C. § 2251.

6. 18 U.S.C. § 2252A(a)(5)(B) makes it a federal crime for any person to knowingly possess or access with intent to view child pornography as defined in 18 U.S.C. § 2256(8), that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

2

## PROBABLE CAUSE

7.    On March 6, 2025, a federal search warrant[1] was obtained for Jason SEAY's residence (the "SUBJECT PREMISES") located in Madison, Alabama, in the Northern District of Alabama. The search warrant allowed for the search and seizure of electronic devices for contraband and evidence, fruits, and instrumentalities of the sexual exploitation of minors, including transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1), (a)(2)(A), and (a)(5)(B), as well as conspiracy and attempt to commit these offenses.

8.    On March 7, 2025, the FBI executed the warrant and seized numerous electronic devices from the SUBJECT PREMISES, including a Dell XPS computer ("the desktop computer") and an external Sandisk solid state drive ("the Sandisk SSD"). Upon a forensic review of the devices, it was discovered that both the desktop computer and the Sandisk SSD employed BitLocker encryption.[2] However, FBI forensic examiners were able to decrypt the desktop computer and Sandisk SSD and subsequently view the contents.

---

[1] Case no. 5:25-mj-1042-HNJ

[2] BitLocker is a built-in Windows encryption feature that protects data by encrypting entire drives, making it unreadable without the decryption key, and preventing unauthorized access even if the drive is physically removed. Generally speaking, data can only be accessed from a drive encrypted by BitLocker with a 48-digit recovery key or a user's password.

3

9. While the complete forensic processing of all seized devices is on-going, I reviewed the desktop computer and Sandisk SSD and identified thousands of images and videos which depicted child pornography.

## REVIEW OF THE DESKTOP COMPUTER

10. During a review of a virtual machine hard drive within the desktop computer, I located many child pornography videos involving children 12 years of age or younger in sex acts with an adult male. A description of one of the videos is detailed below.

> a. The video was over eight minutes in length and depicted a female child, who appeared to be between three and five years old, with an adult male penis inserted into her mouth. The adult male is making the child perform oral sex on him. At approximately one minute and 21 seconds, the child is naked, and again being made to perform oral sex on the adult male. At approximately two minutes and 19 seconds, the adult male pulls the child to the end of the bed, spreads her legs apart, and begins rubbing his erect penis against the child's vagina. At approximately two minutes and 33 seconds, the adult male pours what appears to be a lubricant on the child's vagina and begins to penetrate her vagina with his erect penis shortly thereafter. Throughout the remainder of the video, the adult male penetrates the child's vagina and anus in different positions, until the adult male ejaculates.

## REVIEW OF THE SANDISK SSD

11. The Sandisk SSD was organized into several folders, and some folders contained one or more sub-folders. During a review of these folders, I located videos which appeared to be surreptitious recordings of children captured in the nude made by SEAY. In multiple videos, SEAY's face is observed in the recording, often

when he sets up and manipulates the recording devices in rooms where a person would have a reasonable expectation of privacy and prior to a child entering the room to undress, bathe, or change.

12.     My investigation revealed that SEAY had access to several minor children, including Minor Victim 1 ("MV1"), Minor Victim 2 ("MV2), Minor Victim 3 ("MV3"), and Minor Victim 4 ("MV4").[3]

13.     One of the folders contained a series of videos named "MOVI0000", "MOVI0001", "MOVI0002" and "MOVI0003", that had the same creation date of October 23, 2017. This series of videos appear to be a progression of events, starting with "MOVI0000" and ending with "MOVI0003". In "MOVI0000", an adult male, recognized to be SEAY, can be seen in front of the camera, manipulating what appeared to be a second camera, before placing the second camera on the sink in a bathroom. At the end of "MOVI0000," three prepubescent children who appeared to be under the age of 12, are seen undressing in the bathroom. In "MOVI0001" through "MOVI0003", all three children are naked in the bathtub for approximately 28 minutes. While the children are playing in the bathtub, the children's pubic areas, chests and buttocks are visible at various times. During the time the children are playing in

---

[3] The identities of these minor victims are known to me and are not being disclosed to protect their privacy.

the bathtub, SEAY is never visible to the camera. Through investigative means, the FBI identified two out of the three children in the videos as MV1 and MV4.

14.    The camera being covertly placed in the bathroom with its focal point aimed to record children entering the bathtub, and capturing the children's genitals and pubic area demonstrates SEAY's apparent attempt to produce child pornography.

15.    Within the primary folder "New folder-iz" of the Sandisk SSD, I located 23 additional videos. Similar to the "MOVI0000" series described above, these 23 videos also appeared to be a series of videos capturing minor children nude in a bathroom.

16.    Also within this primary folder, I located a video with the filename "modet_2018-01-06_18-41". In this video, an adult male, recognized to be SEAY, enters the frame. The video appears to be coming from a device located on the floor of a closet. SEAY is holding another cell phone sized device in his hand, and begins to move around the closet, and manipulates the recording device on the floor of the closet. SEAY appears to be looking at the device in his hand as if he is testing the view from the recording device on the floor, because the position of the camera on the floor changes multiple times after SEAY looks at the device in his hand.

6

17.    In this same folder, I located a video with the filename "rec_2018-01-06_20-38",[4] which was approximately five minutes and one second in length. The file properties indicate the video was recorded on the same date as the video described above. This video appears to be captured from the floor of the same closet SEAY appeared to be setting up a camera in, in "modet_2018-01-06_18-41" as described above. A prepubescent child, appearing to be under twelve years of age is standing naked with their chest and pubic area visible. I identified this child as MV1. The child then turns so their buttocks is visible. Approximately 23 seconds into the video, a second apparent minor child enters the closet. The second child is not wearing any pants or underwear, and their buttocks are visible to the camera. This video continues and captures both children getting dressed.

18.    Consistent with the previously described videos, I believe this recording is a continuation of the recording described above, where MV1 and MV2 are bathing. It appears that SEAY set up two cameras, one to capture the children undressing and bathing, and another camera in the closet to capture the children getting dressed.

19.    SEAY's acts of positioning two separate covert cameras in two private areas to capture MV1 and MV2 in the nude, regardless of where they undressed, demonstrates his tenacious attempts to produce child pornography. As such, I believe the purpose of these recordings were for SEAY's sexual gratification.

---

[4] The date on the file properties of this video indicates the time it was recorded was January 6, 2018.

20.    The primary folder "Modet" contained 24 videos. "Modet" had two sub-folders, named "New folder" and "Today". "Today" contained one additional video, and "New folder" contained the sub-folder "Video" which contained seven more videos. There were 32 videos in total in the primary folder and sub-folders of "Modet". Videos contained within the folders had file names which appeared to be reference dates, for example, several videos began with modet_2017-05-21_ then followed by different numbers. A review of the file properties indicated the files had modified dates of May 21, 2017. Some files possessed "(1)" after the file name, which often indicates they are copies of a file with the same file name.

21.    The file named "modet_2017-05-21_12-20" contained an approximate 37 second video in length. This video appears to be recorded by a camera on the floor of a bedroom. A man, recognized to be SEAY, is in the center of the room, appearing to place a black object on the floor. SEAY places the device on the ground, and then proceeds to walk out of the room. At the top of the recording, the following text is displayed across the top of the screen "IP Webcam Free Video Recording Remove this message by going Pro: http://goo.gl[--------[5]]." Based on this banner message, I believe it is possible that SEAY was logging into the camera to view it remotely or broadcasting the camera for others to view remotely.

---

[5] The full link is known to me but is redacted to maintain the privacy of the minor victims.

22.  Also in the "Modet" folder, there was a video with the file name "modet_2017-05-21_12-22".[6] This video was approximately one minute and 39 seconds in length and appears to be taken in the same room as "modet_2017-05-21_12-20" described above. A child who appears to be approximately 14 years old enters the bedroom wearing black shorts and a dark colored t-shirt. The child drops a backpack onto the floor. The child temporarily exits the frame of the camera for a second, then returns and proceeds to take off their shorts while their back is facing the camera. In removing their underwear, the child bends over, prominently displaying their buttocks and a portion of their genitals to the camera.

## CONCLUSION

23.  Based on the foregoing, I have probable cause to believe that Jason Brian SEAY has committed the offenses of attempted production of child pornography and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e) and 2252A(a)(5)(B).

Respectfully submitted,

Digitally signed by
JORDAN SIRI
Date: 2025.04.03
16:25:32 -05'00'

Jordan Siri
Special Agent
Federal Bureau of Investigation

---

[6] A review of the file properties indicates the file had a modified date of May 21, 2017.

Subscribed electronically and sworn to telephonically before me this 3rd day of April, 2025.

Herman N. Johnson, Jr. Jr.
Digitally signed by Herman N. Johnson, Jr.
Date: 2025.04.03 16:33:05 -05'00'

Herman N. Johnson Jr.
United States Magistrate Judge

10